UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV10-01775 JAK (OPx) **Lead Case** | Date | June 26, 2012 |
|---|---|---|---|
| Title | Claudia Hughes, et al. v. Winco Foods, et al. | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On June 25, 2012, Defendant filed "Notice of Settlement" (Dkt. 62). The Court sets an Order to Show Cause re Dismissal for July 30, 2012 at 1:30 p.m. If the parties file a dismissal by July 27, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The July 9, 2012 Post Mediation Status Conference, October 1, 2012 Final Pretrial Conference, and October 16, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak